*F. Wattles,* and *Miss Helen R. Carloss* for respondent.

No. 85. MISSOURI PACIFIC RAILROAD CO. ET AL. *v.* THOMPSON, TRUSTEE, ET AL. See *post,* p. 806.

No. 363. YOSHINUMA *v.* OBERDORFER REALTY AGENCY ET AL. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Young H. Fraser* for petitioner.

No. 426. ETTMAN *v.* FEDERAL LIFE INSURANCE CO. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE BLACK is of the opinion that the petition for writ of certiorari should be granted. *Mr. J. L. London* for petitioner. *Mr. Wayne Ely* for respondent.

No. 295. DEMARCOS *v.* OVERHOLSER, SUPERINTENDENT. November 8, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *J. Ralph DeMarcos, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for respondent.

No. 367. LONAS *v.* NATIONAL LINEN SERVICE CORP. November 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. O. Lowe* for petitioner. *Mr. Sol I. Golden* for respondent. *Messrs. Stanley I. Posner* and *Henry J. Fox*